Margaret J. Sofield, an Infant, by Louise Sofield, Her Guardian ad Litem, Respondent, v. Hyman Jacob and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Page W. Talbott, Respondent, v. Jerome De Witt and Others, as Executors etc., of William A. Tyler, Deceased, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Sewell, J., not sitting.

The Travelers' Insurance Company, Respondent, v. J. B. Lyon Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Esther Walsh, Respondent, v. Metropolitan Life Insurance Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.

Ware Brothers Company, Appellant, Respondent, v. Cortland Cart and Carriage Company, Respondent, Appellant.— Judgment unanimously affirmed, with costs. No opinion.

William Wynkoop, Respondent, v. The Ludlow Valve Manufacturing Company, Appellant.— Judgment and order reversed on the ground that the finding of the jury that the plaintiff did not assume the risk is against the weight of evidence, and new trial granted, with costs to appellant to abide event. No opinion. All concurred, except Smith, P. J., dissenting.

Charles W. Bostwick, as Receiver of the Albany and Hudson Railway and Power Company, Appellant, v. Alden M. Young and Others, Respondents.— Motion denied without prejudice to any application the appellant may desire to make in the Court of Appeals or elsewhere, in case the final judgment should be affirmed in the Court of Appeals.

Cornell Steamboat Company, Appellant, v. Michael H. Neville, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred, except Sewell, J., dissenting.

Marie Dudley, Appellant, v. Elizabeth Batelle Vanderpoel, Defendant, and Carroll Whitaker, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements. No opinion.

Hugh B. Dugan, Respondent, v. Francis Longstaff, Appellant.— Judgment unanimously affirmed, with costs. No opinion.

George G. Hill and Another, Respondents, v. George G. Reynolds and Others, Appellants.— Motion granted and question certified as follows: "Was the Special Term authorized, under section 1013 of the Code of Civil Procedure, to refer the issues in this action to a referee for trial as against the objection of the defendants?"

George R. Markell, Jr., Respondent, v. Morse Chain Company, Appellant.— Motion denied.

John McVey, Appellant, v. Security Mutual Life Insurance Company, Respondent.— Motion denied.

The People of the State of New York ex rel. Brooklyn Union Gas Company, Respondent, v. William J. Morgan, as Comptroller of the State of New York, Appellant.— Motion denied.